# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) | Case No. 2:12-cr-00004-MMD-GWF |
| vs. | ) ) | **ORDER** |
| JERMAINE SMITH, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Defendant Jermaine Smith's ("Smith") Motion for Reconsideration (#165), filed June 12, 2012.

By way of this motion, Smith requests reconsideration of the pretrial detention order (#126). Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case." The motion was not filed through Smith's appointed attorney and will be denied. Smith is not precluded from filing this request through his appointed attorney. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration (#165) is **denied without prejudice**.

DATED this 14th day of June, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**