# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JERMAINE SMITH,  )<br>  )<br>        Defendant.  )<br>_____) | Case No. 2:12-cr-00004-MMD-GWF<br><br>**ORDER** |

      This matter is before the Court on Government's Emergency Motion to Stay Release Order #198 and Set a Bond Hearing (#199), filed August 9, 2012.

      By way of this motion, Government requests a stay of Order #198, which releases Defendant Jermaine Smith from pretrial custody. It indicated that Pretrial Services wishes to be heard on the appropriate conditions of release as they may be contrary to those suggested by the parties' stipulation (#197). Government also requests that the Court canvas Defendant on the record as to his understanding of the release conditions. The Court considered these arguments in finding the stay appropriate and orders that a bond hearing be set. Accordingly,

      **IT IS HEREBY ORDERED** that Government's Emergency Motion to Stay Release Order #198 and Set a Bond Hearing (#199) is **granted**.

      **IT IS FURTHER ORDERED** that a bond hearing is set for Tuesday, **August 14, 2012**, at **9:00 a.m.**, in Las Vegas Courtroom **3D**.

      DATED this 10th day of August, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**