# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

ALEXANDER KOSTYUKOV,
         Defendant.

**Case No.
2:12-cr-00004-MMD-GWF**

**ORDER**

On December 5, 2012, this Court received a request from Ellen Ford, Official Court Reporter, for a transcript of the **sealed** Hearing Regarding: **Motion to Dismiss**, held on **October 18, 2012.**

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **Judge Miranda M. Du, District Court Judge**. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

IT IS FURTHER ORDERED that Ellen Ford, Federal Official Court Reporter, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 5th day of December, 2012.

_____
MIRANDA M. DU
US District Court Judge