**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:12-CR-00004-APG-GWF |
| ) | |
| v. ) | |
| ) | |
| DAVID CAMEZ, ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING CORRECTIONS CORPORATION OF AMERICA TO ALLOW PARISH HESHMATI CONTACT VISITATION**

IT IS HEREBY ORDERED: That Corrections Corporation of America allow PARISH HESHMATI to have a contact visit with David Camez.

DATED this 8th day of May, 2013.

_____
Magistrate Judge