**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cr-00004-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID CAMEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Amended Status Report re Inmate Access to Discovery (#371) filed May 22, 2013. Upon review and consideration,

**IT IS ORDERED** that Defendant's counsel is to submit a proposed order pursuant to the status report and serve it on counsel of the other parties in this action.

DATED this 28th day of May, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge