DANIEL G. BOGDEN
United States Attorney
ERIC JOHNSON
Chief, Criminal Division
Assistant United States Attorney
333 Las Vegas Boulevard, South, Suite 5000
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00004-APG-GWF |
| ) | |
| Plaintiff, ) | |
| ) | MOTION UNDER LR IA 10.3 FOR |
| v. ) | DEPARTMENT OF JUSTICE TRIAL |
| ) | ATTORNEY TO APPEAR IN THIS COURT |
| DEFENDANT 1, *et al.* ) | ON BEHALF OF THE UNITED STATES |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Chief, Criminal Division, Assistant United Sates Attorney, respectfully moves that United States Department of Justice Criminal Division Trial Attorney Jonathan A. Ophardt be permitted to appear in this Court in the above captioned case under LR IA 10.3. Mr. Ophardt is a member in good standing of the highest court of the State of North Carolina. In addition, Mr. Ophardt is employed by the United States as an attorney,

. . .

. . .

. . .

. . .

1

and in the course and scope of his employment, has occasion to appear in this Court on behalf of the United States.

Dated this 10th day of September, 2013

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
_____
ERIC JOHNSON
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  September 13, 2013